170 A.3d 346

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOSE LUIS RIVERA, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001931–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 346

NEW JERSEY DIVISION OF CHILD PROTECTION AND
PERMANENCY, PLAINTIFF, v. M.C., DEFENDANT–
MOVANT. I/M/O THE GUARDIANSHIP OF D.C.

September 11, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–4) is granted.